IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Glover, Nicole | Case Number:  07 B 19908 |
| | Judge:  Squires, John H |
| Printed:  1/8/08 | Filed:  10/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 28, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 | |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | ACC Consumer Finance | Secured | 9,740.00 | 0.00 |
| 2. | ACC Consumer Finance | Unsecured | 1,064.99 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 78.41 | 0.00 |
| 4. | Chase Tax Related Products Group | Unsecured | 170.60 | 0.00 |
| 5. | Internal Revenue Service | Priority | | No Claim Filed |
| 6. | Consolidated Public Services | Unsecured | | No Claim Filed |
| 7. | US Cellular | Unsecured | | No Claim Filed |
| 8. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 9. | US Bank | Unsecured | | No Claim Filed |
| 10. | Affinity Cash Loans | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 13. | Bridgeview 5th Municipal Dist | Unsecured | | No Claim Filed |
| 14. | City Of Chicago | Unsecured | | No Claim Filed |
| 15. | Secretary Of State | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,054.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Glover, Nicole | Case Number:  07 B 19908 |
| | Judge:  Squires, John H |
| Printed:  1/8/08 | Filed:  10/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

